**2010–1512.   State ex rel. Knowlton v. Noble Cty. Bd. of Elections.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition involving an expedited election matter. Upon consideration of the motion for leave to intervene of Steven S. Hannum,

It is ordered by the court that the motion is granted, and Hannum's evidence and brief are due on the same date as respondents' evidence and brief.

PFEIFER, Acting C.J.

BROWN, C.J., not participating.